**AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE**

Index # 07CIV6648                                                                 Purchased/Filed: July 24, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                      SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al*

Plaintiff

against

*De Rosa Tennis Contractors Inc.*

Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        ss.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 2, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

___De Rosa Tennis Contractors Inc.___, the Defendant in this action, by delivering to and leaving with ___Carol Vogt___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex __F__   Other: _____

Sworn to before me on this

__8th__ day of ___August, 2007___

[Notary signature]
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
[commission details illegible]

[Signature: Jessica Miller]
Jessica Miller

Invoice-Work Order # SP0708301