UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension, Health &
Welfare, Annuity, Education & training, S.U.B.,
Industry Advancement and Legal Services Funds and
the Westchester Teamsters Local Union No. 456,

           Plaintiffs,

—against—

DEROSA TENNIS CONTRACTORS, INC.,

           Defendant.
----------------------------------------------------------x

**STIPULATION AND ORDER
OF DISCONTINUANCE**

Index No. 07 Civ. 6648 (CLB)

  IT IS HEREBY STIPULATED, by and between counsel for the Plaintiffs and Defendant in the within action that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is discontinued without prejudice and without costs to any party.

DATED: November 1, 2007

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiffs

By: _____
 Karin Arrospide (KA 9319)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

THE DeIORIO LAW FIRM, LLP.
Attorneys for Defendant

By: _____
 Patrick W. Delorio, Esq. (PD-6403)
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
(914) 696-5555

SO ORDERED: November 2, 2007

_____
HONORABLE CHARLES L. BRIEANT, U.S.D.J.